# United States Bankruptcy Court
## Middle District of Florida

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shoppes of Lakeside, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**59-3212975** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**2275 Atlantic Blvd.**<br>**Neptune Beach, FL** | | Street Address of Joint Debtor (No. and Street, City, and State): | |
|---|---|---|---|
| | ZIP Code<br>**32266** | | ZIP Code |

| County of Residence or of the Principal Place of Business:<br>**Duval** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): | |
|---|---|---|---|
| | ZIP Code | | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shoppes of Lakeside, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br>       _____<br>       (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Shoppes of Lakeside, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Bryan K. Mickler FBN** _____
Signature of Attorney for Debtor(s)

**Bryan K. Mickler FBN 091790**
Printed Name of Attorney for Debtor(s)

**Law Offices of Mickler & Mickler**
Firm Name

**5452 Arlington Expressway**
**Jacksonville, FL 32211**

_____
Address

                          **Email: court@planlaw.com**
**904.725.0822  Fax: 904.725.0855**
Telephone Number

**June 3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Chris Hionides** _____
Signature of Authorized Individual

**Chris Hionides**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 3, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re   **Shoppes of Lakeside, Inc.**

                                       Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A Comfortable Environment**<br>**250 Winter Springs Way**<br>**Jacksonville, FL 32225** | **A Comfortable Environment**<br>**250 Winter Springs Way**<br>**Jacksonville, FL 32225** | | | **14,850.00** |
| **Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | **Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | **751 Atlantic Blvd.,**<br>**Atlantic Beach, FL** | | **3,537,400.00**<br>**(2,250,000.00 secured)**<br>**(30,748.79 senior lien)** |
| **Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | **Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | **753 Royal Palms**<br>**Dr., Atlantic Beach,**<br>**FL** | | **3,537,400.00**<br>**(2,250,000.00 secured)**<br>**(29,169.07 senior lien)** |
| **Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | **Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | **125 N. Market St.,**<br>**Jacksonville, FL**<br>**32202** | | **1,000,000.00**<br><br>**(194,363.00 secured)** |
| **Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | **Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | **325 W. Forsyth St.,**<br>**Jacksonville, FL**<br>**32202** | | **1,000,000.00**<br><br>**(222,060.00 secured)** |
| **Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | **Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | **320 E. Adams St.,**<br>**Jacksonville, FL**<br>**32202** | | **1,000,000.00**<br><br>**(354,600.00 secured)** |
| **Bug Out Service**<br>**P O Box 600730**<br>**Jacksonville, FL 32260-0730** | **Bug Out Service**<br>**P O Box 600730**<br>**Jacksonville, FL 32260-0730** | | | **1,284.00** |
| **Florida Department of Rev.**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314** | **Florida Department of Rev.**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314** | **sales tax** | | **4,084.00** |
| **Gess Elevator Inc.**<br>**P O Box 550807**<br>**Tampa, FL 33655-0807** | **Gess Elevator Inc.**<br>**P O Box 550807**<br>**Tampa, FL 33655-0807** | | | **4,361.00** |
| **Keep Jax Green**<br>**2771-29 Monument Road**<br>**Jacksonville, FL 32225** | **Keep Jax Green**<br>**2771-29 Monument Road**<br>**Jacksonville, FL 32225** | | | **1,330.00** |

In re **Shoppes of Lakeside, Inc.**  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | **Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | **325 W. Forsyth St., Jacksonville, FL 32202** | | **4,800.16 (222,060.00 secured) (1,000,000.00 senior lien)** |
| **Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | **Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | **125 N. Market St., Jacksonville, FL 32202** | | **4,475.29 (194,363.00 secured) (1,000,000.00 senior lien)** |
| **Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | **Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | **320 E. Adams St., Jacksonville, FL 32202** | | **7,545.46 (354,600.00 secured) (1,000,000.00 senior lien)** |
| **Performance Bug-Out** | **Performance Bug-Out** | | | **1,284.00** |
| **Performance Roofing**<br>**2235 Mercator Drive**<br>**Orlando, FL 32807** | **Performance Roofing**<br>**2235 Mercator Drive**<br>**Orlando, FL 32807** | | | **55,000.00** |
| **Premier Water & Energy**<br>**11481 Columbia Park Dr. W**<br>**Jacksonville, FL 32258-2478** | **Premier Water & Energy**<br>**11481 Columbia Park Dr. W**<br>**Jacksonville, FL 32258-2478** | | | **1,699.16** |
| **Smith & Sons Tree & Lawn**<br>**2995 Mayport Road**<br>**Atlantic Beach, FL 32233** | **Smith & Sons Tree & Lawn**<br>**2995 Mayport Road**<br>**Atlantic Beach, FL 32233** | | | **2,500.00** |
| **SRB Servicing, LLC**<br>**249 Mack Bayou Loop**<br>**#301**<br>**Santa Rosa Beach, FL 32459** | **SRB Servicing, LLC**<br>**249 Mack Bayou Loop**<br>**#301**<br>**Santa Rosa Beach, FL 32459** | **0 E. Adams St., Jacksonville, FL 32202** | | **402,216.00 (86,499.00 secured) (1,809.54 senior lien)** |
| **Styles Smith Plumbing**<br>**P O Box 330130**<br>**Atlantic Beach, FL 32233-0130** | **Styles Smith Plumbing**<br>**P O Box 330130**<br>**Atlantic Beach, FL 32233-0130** | **open account** | | **4,335.00** |
| **Zona & Associates**<br>**107 E Bay Street**<br>**Jacksonville Beach, FL 32250** | **Zona & Associates**<br>**107 E Bay Street**<br>**Jacksonville Beach, FL 32250** | | | **14,500.00** |

In re   **Shoppes of Lakeside, Inc.**                                                    Case No. _____
_____
                                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 3, 2010**                                     Signature   **/s/ Chris Hionides**
_____                         _____
                                                                       **Chris Hionides**
                                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Shoppes of Lakeside, Inc.** _____ ,     Case No. _____

       Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 39,868,596.00 | | |
| B - Personal Property | Yes | 4 | 25,454.92 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 18 | | 37,636,898.37 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 4,084.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 107,118.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 11 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| Total Assets | | | 39,894,050.92 | | |
| Total Liabilities | | | | 37,748,101.36 | |

# United States Bankruptcy Court

## Middle District of Florida

In re   **Shoppes of Lakeside, Inc.**                              ,     Case No. _____

                                      Debtor               Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Shoppes of Lakeside, Inc.**                              ,     Case No. _____

                                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **937 Main Street, Jacksonville, FL** | **Fee simple** | - | **1,250,000.00** | **1,153,766.28** |
| **1100 Main Street, Jacksonville, FL 32202** | **Fee simple** | - | **900,000.00** | **862,284.25** |
| **2440-2444 Mayport Road, Atlantic Beach, FL 32233** | **Fee simple** | - | **2,000,000.00** | **1,615,755.48** |
| **25 W.4th Street a/k/a 1141 Main St., Jacksonville, FL** | **Fee simple** | - | **860,000.00** | **808,922.78** |
| **1341 Pearl St., Jacksonville, FL 32206** | **Fee simple** | - | **1,600,000.00** | **918,710.18** |
| **233 W Duval Street, Jacksonville, FL** | **Fee simple** | - | **5,500,000.00** | **4,246,798.24** |
| **3952 Mayport Road, Atlantic Beach, FL 32233** | **Fee simple** | - | **5,000,000.00** | **4,999,987.00** |
| **400 N. Hogan Street, Jacksonville, FL 32202** | **Fee simple** | - | **1,400,000.00** | **1,096,989.30** |
| **1229 N. Main Street, Jacksonville, FL 322** | **Fee simple** | - | **1,100,000.00** | **921,811.41** |
| **331 Forsyth Street, Jacksonville, FL 32202** | **Fee simple** | - | **825,000.00** | **688,386.44** |
| **341 W. Forsyth Street, Jacksonville, FL 32202** | **Fee simple** | - | **860,000.00** | **710,000.00** |
| **300 W. Adams Street, Jacksonville, FL 32202** | **Fee simple** | - | **4,100,000.00** | **3,980,162.73** |
| **1351 Silver Street, Jacksonville, FL** | **Fee simple** | - | **400,000.00** | **310,275.70** |
| **1310 N Laura Street, Jacksonville, FL 32202** | **Fee simple** | - | **500,000.00** | **383,565.10** |
| **301 Spruce Street, Jacksonville Beach, FL 32250 (Vacant Land)** | **Fee simple** | - | **700,000.00** | **0.00** |
| **119 E Forsyth St., Jacksonville, FL 32202** | **fee simple** | - | **466,200.00** | **449,634.42** |
| **320 E. Adams St., Jacksonville, FL 32202** | **fee simple** | - | **354,600.00** | **1,007,545.46** |

Sub-Total >     **27,815,800.00**     (Total of this page)

  __2__   continuation sheets attached to the Schedule of Real Property

In re    **Shoppes of Lakeside, Inc.**              ,    Case No. _____

                          **Debtor**

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 125 N. Market St., Jacksonville, FL 32202 | fee simple | - | 194,363.00 | 1,004,475.29 |
| 325 W. Forsyth St., Jacksonville, FL 32202 | fee simple | - | 222,060.00 | 1,004,800.16 |
| 107 E. Bay St., Jacksonville, FL 32202 | fee simple | - | 1,543,400.00 | 1,342,901.27 |
| 1352 N Main St., Jacksonville, FL 32202 | fee simple | - | 215,736.00 | 118,906.00 |
| 0 E. Adams St., Jacksonville, FL 32202 | fee simple | - | 86,499.00 | 404,025.54 |
| 231 E. Adams St., Jacksonville, FL 32202 | fee simple | - | 432,700.00 | 412,381.68 |
| 1740 N. Main St., Jacksonville, FL 32206 | fee simple | - | 264,641.00 | 129,877.00 |
| 1731 N. Main St., Jacksonville, FL 32206 | fee simple | - | 347,619.00 | 203,051.00 |
| 1719 N. Main St., Jacksonville, FL 32206 | fee simple | - | 375,000.00 | 262,500.00 |
| 211 E. Bay St., Jacksonville, FL 32202 | fee simple | - | 400,000.00 | 234,158.57 |
| 42 East Coast Dr., Atlantic Beach, FL | fee simple | - | 504,469.00 | 298,881.89 |
| 520 N. Hogan St., Jacksonville, FL 32202 | fee simple | - | 829,802.00 | 365,369.44 |
| 0 Main St., Jacksonville, FL 32202 | fee simple | - | 176,122.00 | 2,406.24 |
| 100 E. Adams St., Jacksonville, FL a/k/a 123 N. Ocean St. | fee simple | - | 274,963.00 | 216,157.05 |
| 753 Royal Palms Dr., Atlantic Beach, FL | fee simple | - | 2,250,000.00 | 3,566,569.07 |
| 751 Atlantic Blvd., Atlantic Beach, FL | fee simple | - | 2,250,000.00 | 3,568,148.79 |
| 4407 Meridian St., Moss Point, Mississippi | fee simple | - | 96,000.00 | 0.00 |
| 0 Johnson St, Jacksonville, FL 32209 - vacant lot | fee simple | - | 4,450.00 | 490.95 |
| 1254 N. Main St., Jacksonville, FL 32206 | fee simple | - | 87,090.00 | 34,865.94 |
| 1242 N. Main St., Jacksonville, FL 32206 | fee simple | - | 87,090.00 | 46,171.40 |

|  |  | Sub-Total > | 10,642,004.00 | (Total of this page) |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Real Property

In re    **Shoppes of Lakeside, Inc.**                          ,    Case No. _____

                                      Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 30 West 5th St., Jacksonville, FL 32206 | fee simple | - | 367,624.00 | 117,187.18 |
| 1452 N. Main St., Jacksonville, FL 32206 | fee simple | - | 80,000.00 | 46,714.57 |
| 33 W. 4th St., Jacksonville, FL 32206 | fee simple | - | 50,155.00 | 1,003.67 |
| 143 W. 5th St., Jacksonville, FL 32206 | fee simple | - | 20,910.00 | 429.76 |
| 1501 Silver St., Jacksonville, FL 32206 | fee simple | - | 33,600.00 | 679.11 |
| 0 N. Main St., Jacksonville, FL 32206 | fee simple | - | 114,340.00 | 1,294.31 |
| 329 W. 6th St., Jacksonville, FL | fee simple | - | 132,778.00 | 13,828.57 |
| 1933 Pearl Pl., Jacksonville, FL | fee simple | - | 18,216.00 | 2,901.68 |
| 1440 Ionia St., Jacksonville, FL | fee simple | - | 22,698.00 | 457.19 |
| 1446 Clark St., Jacksonville, FL | fee simple | - | 14,040.00 | 294.75 |
| 0 Clark St., Jacksonville, FL | fee simple | - | 18,900.00 | 2,716.68 |
| 1334 Clark St., Jacksonville, FL 32206 | fee simple | - | 14,040.00 | 294.75 |
| 515 E. Third St., Jacksonville, FL | fee simple | - | 153,715.00 | 15,950.89 |
| 1227 N. Market St, Jacksonville, FL | fee simple | - | 117,839.00 | 11,329.08 |
| 1246 Clark St., Jacksonville, FL | fee simple | - | 93,807.00 | 3,622.77 |
| 523 W. Union St., Jacksonville, FL | fee simple | - | 23,040.00 | 471.60 |
| 0 W. Union St., Jacksonville, FL | fee simple | - | 48,000.00 | 962.11 |
| 1242 N. Main St., Jacksonville, FL - Parcel 2 | fee simple | - | 87,090.00 | 46,027.65 |

Sub-Total >     **1,410,792.00**     (Total of this page)

Total >     **39,868,596.00**

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Shoppes of Lakeside, Inc.**               ,      Case No. _____

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Jacksonville Bank Checking for 300 W. Adams, LLC** | - | 5,525.00 |
| | | **Jacksonville Bank Checking 331 Forsyth St., LLC** | - | 34.00 |
| | | **Jacksonville Bank checking for 341 Forsyth St., LLC** | - | 20.00 |
| | | **Jacksonville Bank Checking for The Silver Pearl, LLC** | - | 649.00 |
| | | **Jacksonville Bank Checking for Shoppes of Lakeside, Inc.** | - | 983.24 |
| | | **Jacksonville Bank Checking for 1424 Main St., LLC** | - | 17.00 |
| | | **Jacksonville Bank Checking for 1229 Main St. LLC** | - | 21.00 |
| | | **Jacksonville Bank Checking for 400 N. Hogan St., LLC** | - | 100.43 |
| | | **Jacksonville Bank Checking for 233 W. Duval St., LLC** | - | 71.25 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **JEA Deposits** | - | 18,034.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |

                                                          Sub-Total >        **25,454.92**

                                              (Total of this page)

<u>  3  </u> continuation sheets attached to the Schedule of Personal Property

In re     **Shoppes of Lakeside, Inc.**                  ,      Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **liability and property insurance on all properties** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Leases with tenants at various properties. All current under current lease agreements** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

                                                 Sub-Total >       **0.00**
                                                 (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re    **Shoppes of Lakeside, Inc.**        ,    Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **A/C units and other large fixtures. All values included in the value of real property** | - | **0.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

                                                  Sub-Total >      **0.00**
                                                   (Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

In re   **Shoppes of Lakeside, Inc.** _____ ,   Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Total >        **25,454.92**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Shoppes of Lakeside, Inc.**                                 ,      Case No. _____

                                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ameris Bank**<br>**P.O. Box 3668**<br>**Moultrie, GA 31776** | | - | **1352 N Main St., Jacksonville, FL 32202**<br><br>Value $      **215,736.00** | | | | **118,906.00** | **0.00** |
| Account No.<br><br>**Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | X | - | **First Mortgage**<br><br>**1100 Main Street, Jacksonville, FL 32202**<br><br>Value $      **900,000.00** | | | | **850,000.00** | **0.00** |
| Account No.<br><br>**Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | X | - | **First Mortgage**<br><br>**25 W.4th Street a/k/a 1141 Main St., Jacksonville, FL**<br><br>Value $      **860,000.00** | | | | **180,012.00** | **0.00** |
| Account No.<br><br>**Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | | - | **blanket lien 325 Forsyth 125 Market**<br><br>**320 E. Adams St., Jacksonville, FL 32202**<br><br>Value $      **354,600.00** | | | | **1,000,000.00** | **645,400.00** |

    **17**   continuation sheets attached

| | Subtotal<br>(Total of this page) | **2,148,918.00** | **645,400.00** |
|---|---|---|---|

In re __Shoppes of Lakeside, Inc._____,    Case No. _____

                                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | | - | **blanket lien 320 Adams 125 Market**<br><br>**325 W. Forsyth St., Jacksonville, FL 32202**<br><br>Value $      222,060.00 | | | | 1,000,000.00 | 777,940.00 |
| Account No. <br><br>**Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | | - | **blanket lien 325 Forsyth 320 Adams**<br><br>**125 N. Market St., Jacksonville, FL 32202**<br><br>Value $      194,363.00 | | | | 1,000,000.00 | 805,637.00 |
| Account No. <br><br>**Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | | - | **107 E. Bay St., Jacksonville, FL 32202**<br><br>Value $      1,543,400.00 | | | | 1,324,789.00 | 0.00 |
| Account No. <br><br>**Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | | - | **blanket lien with 751 Atlantic**<br><br>**753 Royal Palms Dr., Atlantic Beach, FL**<br><br>Value $      2,250,000.00 | | | | 3,537,400.00 | 1,316,569.07 |
| Account No. <br><br>**Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** | | - | **blanket lien with 753 Royal Palms**<br><br>**751 Atlantic Blvd., Atlantic Beach, FL**<br><br>Value $      2,250,000.00 | | | | 3,537,400.00 | 1,318,148.79 |

Sheet __1___ of __17___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     10,399,589.00     4,218,294.86

In re    **Shoppes of Lakeside, Inc.**                                      ,          Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **First Mortgage** | | | | | |
| **Bisbee-Baldwin Corporation** **341 W Forsyth Street** **Jacksonville, FL 32202** | X | - | **341 W. Forsyth Street, Jacksonville, FL 32202** | | | | | |
| | | | Value $           **860,000.00** | | | | **710,000.00** | **0.00** |
| Account No. | | | **Second Mortgage** | | | | | |
| **Bisbee-Baldwin Corporation** **341 W Forsyth Street** **Jacksonville, FL 32202** | X | - | **300 W. Adams Street, Jacksonville, FL 32202** | | | | | |
| | | | Value $        **4,100,000.00** | | | | **400,000.00** | **0.00** |
| Account No. | | | **1731 N. Main St., Jacksonville, FL 32206** | | | | | |
| **Capital City Bank** **P.O. Box 900** **Tallahassee, FL 32302** | | - | | | | | | |
| | | | Value $           **347,619.00** | | | | **203,051.00** | **0.00** |
| Account No. | | | **first mortgage** | | | | | |
| **Capital City Bank** **P.O. Box 900** **Tallahassee, FL 32302** | | - | **1740 N. Main St., Jacksonville, FL 32206** | | | | | |
| | | | Value $           **264,641.00** | | | | **129,877.00** | **0.00** |
| Account No. | | | **1719 N. Main St., Jacksonville, FL 32206** | | | | | |
| **Capital City Bank** **P.O. Box 900** **Tallahassee, FL 32302** | | - | | | | | | |
| | | | Value $           **375,000.00** | | | | **262,500.00** | **0.00** |

Sheet **2** of **17** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    **1,705,428.00**            **0.00**

In re __Shoppes of Lakeside, Inc._____ ,    Case No. _____

                                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | First Mortgage | | | | | |
| Domin, Inc. c/o Calvin Hayden, Esq. 6282 Dupont StationCourt E Suite3 Jacksonville, FL 32217 | X | - | 331 Forsyth Street, Jacksonville, FL 32202 | | | | | |
| | | | Value $     825,000.00 | | | | 670,260.90 | 0.00 |
| Account No. | | | First Mortgage | | | | | |
| First Guartanty Bank 1234 King Street Jacksonville, FL 32204 | X | - | 3952 Mayport Road, Atlantic Beach, FL 32233 | | | | | |
| | | | Value $     5,000,000.00 | | | | 4,999,987.00 | 0.00 |
| Account No. | | | 1254 N. Main St., Jacksonville, FL 32206 | | | | | |
| Frank and Julia Chadwick 3229 Hidden Lake Dr. E Jacksonville, FL 32216 | | - | | | | | | |
| | | | Value $     87,090.00 | | | | 32,095.00 | 0.00 |
| Account No. | | | first mortgage | | | | | |
| Hancock Bank 3475 Kernan Blvd. South Jacksonville, FL 32224 | | - | 42 East Coast Dr., Atlantic Beach, FL | | | | | |
| | | | Value $     504,469.00 | | | | 289,057.00 | 0.00 |
| Account No. | | | first mortgage | | | | | |
| Heritage Bank 100 Corridor Road S. Ponte Vedra Beach, FL 32082 | | - | 100 E. Adams St., Jacksonville, FL a/k/a 123 N. Ocean St. | | | | | |
| | | | Value $     274,963.00 | | | | 210,364.00 | 0.00 |

Sheet _3___ of _17_ continuation sheets attached to                 Subtotal               6,201,763.90          0.00
Schedule of Creditors Holding Secured Claims                        (Total of this page)

In re __Shoppes of Lakeside, Inc._____,  Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hugh Eason/Robert Patterson** <br> **85119 Shinnecock Hills Dr.** <br> **Fernandina Beach, FL 32034** | - | | **first mortgage** <br><br> **1242 N. Main St., Jacksonville, FL 32206** <br><br> Value $          **87,090.00** | | | | **44,778.00** | **0.00** |
| Account No. <br><br> **Hugh Eason/Robert Patterson** <br> **85119 Shinnecock Hills Dr.** <br> **Fernandina Beach, FL 32034** | - | | **blanket lien on both parcels** <br><br> **1242 N. Main St., Jacksonville, FL - Parcel 2** <br><br> Value $          **87,090.00** | | | | **44,778.00** | **0.00** |
| Account No. **16-2009 CA 15399** <br><br> **Iberia Bank** <br> **c/o Rogers, Towers** <br> **301 Riverplace Blvd Ste.1100** <br> **Jacksonville, FL 32202-4308** | X - | | **First Mortgage** <br><br> **1341 Pearl St., Jacksonville, FL 32206** <br><br> Value $          **1,600,000.00** | | | | **879,667.00** | **0.00** |
| Account No. <br><br> **Iberia Bank** <br> **c/o Rogers, Towers** <br> **301 Riverplace Blvd Ste.1100** <br> **Jacksonville, FL 32202-4308** | X - | | **First Mortgage** <br><br> **233 W Duval Street, Jacksonville, FL** <br><br> Value $          **5,500,000.00** | | | | **3,600,000.00** | **0.00** |
| Account No. <br><br> **Jacksonville Bank** <br> **100 N Laura St, #1000** <br> **Jacksonville, FL 32202** | X - | | **First Mortgage** <br><br> **937 Main Street, Jacksonville, FL** <br><br> Value $          **1,250,000.00** | | | | **731,114.00** | **0.00** |
| Sheet __4__ of __17__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal <br> (Total of this page) | | | | **5,300,337.00** | **0.00** |

In re __Shoppes of Lakeside, Inc._____,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **First Mortgage** | | | | | |
| **Jacksonville Bank 100 N Laura Street Suite 1000 Jacksonville, FL 32202** | X | - | **300 W. Adams Street, Jacksonville, FL 32202** | | | | | |
| | | | Value $          4,100,000.00 | | | | 3,450,000.00 | 0.00 |
| Account No. | | | **property tax** | | | | | |
| **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | | - | **937 Main Street, Jacksonville, FL** | | | | | |
| | | | Value $          1,250,000.00 | | | | 22,652.28 | 0.00 |
| Account No. | | | **1100 Main Street, Jacksonville, FL 32202** | | | | | |
| **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | | - | | | | | | |
| | | | Value $            900,000.00 | | | | 12,284.25 | 0.00 |
| Account No. | | | **2440-2444 Mayport Road, Atlantic Beach, FL 32233** | | | | | |
| **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | | - | | | | | | |
| | | | Value $          2,000,000.00 | | | | 15,755.48 | 0.00 |
| Account No. | | | **25 W.4th Street a/k/a 1141 Main St., Jacksonville, FL** | | | | | |
| **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | | - | | | | | | |
| | | | Value $            860,000.00 | | | | 1,419.78 | 0.00 |

Sheet __5___ of __17___ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal  
(Total of this page)                3,502,111.79          0.00

In re  **Shoppes of Lakeside, Inc.** ,  Case No. _____
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | | - | **1341 Pearl St., Jacksonville, FL 32206** <br><br><br> Value $ 1,600,000.00 | | | | 39,043.18 | 0.00 |
| Account No. <br><br> **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | | - | **233 W Duval Street, Jacksonville, FL** <br><br><br> Value $ 5,500,000.00 | | | | 146,798.24 | 0.00 |
| Account No. <br><br> **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | | - | **400 N. Hogan Street, Jacksonville, FL 32202** <br><br><br> Value $ 1,400,000.00 | | | | 46,989.30 | 0.00 |
| Account No. <br><br> **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | | - | **1229 N. Main Street, Jacksonville, FL 322** <br><br><br> Value $ 1,100,000.00 | | | | 6,261.41 | 0.00 |
| Account No. <br><br> **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | | - | **331 Forsyth Street, Jacksonville, FL 32202** <br><br><br> Value $ 825,000.00 | | | | 18,125.54 | 0.00 |

Sheet  6  of  17  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

257,217.67 | 0.00

In re __Shoppes of Lakeside, Inc._____,  Case No. _____

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | - | | | 300 W. Adams Street, Jacksonville, FL 32202 <br><br> Value $ 4,100,000.00 | | | | 130,162.73 | 0.00 |
| Account No. **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | - | | | 1351 Silver Street, Jacksonville, FL <br><br> Value $ 400,000.00 | | | | 17,156.70 | 0.00 |
| Account No. **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | - | | | 1310 N Laura Street, Jacksonville, FL 32202 <br><br> Value $ 500,000.00 | | | | 12,180.10 | 0.00 |
| Account No. **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | - | | | 119 E Forsyth St., Jacksonville, FL 32202 <br><br> Value $ 466,200.00 | | | | 11,096.42 | 0.00 |
| Account No. **Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202** | - | | | 320 E. Adams St., Jacksonville, FL 32202 <br><br> Value $ 354,600.00 | | | | 7,545.46 | 7,545.46 |

Sheet __7__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 178,141.41 | 7,545.46 |

In re __Shoppes of Lakeside, Inc._____,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | - | | 125 N. Market St., Jacksonville, FL 32202<br><br>Value $            194,363.00 | | | | 4,475.29 | 4,475.29 |
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | - | | 325 W. Forsyth St., Jacksonville, FL 32202<br><br>Value $            222,060.00 | | | | 4,800.16 | 4,800.16 |
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | - | | 107 E. Bay St., Jacksonville, FL 32202<br><br>Value $          1,543,400.00 | | | | 18,112.27 | 0.00 |
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | - | | 0 E. Adams St., Jacksonville, FL 32202<br><br>Value $             86,499.00 | | | | 1,809.54 | 0.00 |
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | - | | 231 E. Adams St., Jacksonville, FL 32202<br><br>Value $            432,700.00 | | | | 10,165.68 | 0.00 |

Sheet __8___ of __17___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 39,362.94 | 9,275.45 |
|---|---|

In re    **Shoppes of Lakeside, Inc.**                              ,        Case No. _____
_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | - | | **211 E. Bay St., Jacksonville, FL 32202**<br><br>Value $ **400,000.00** | | | | **3,583.57** | **0.00** |
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | - | | **42 East Coast Dr., Atlantic Beach, FL**<br><br>Value $ **504,469.00** | | | | **9,824.89** | **0.00** |
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | - | | **520 N. Hogan St., Jacksonville, FL 32202**<br><br>Value $ **829,802.00** | | | | **15,941.44** | **0.00** |
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | - | | **0 Main St., Jacksonville, FL 32202**<br><br>Value $ **176,122.00** | | | | **2,406.24** | **0.00** |
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | - | | **100 E. Adams St., Jacksonville, FL a/k/a 123 N. Ocean St.**<br><br>Value $ **274,963.00** | | | | **5,793.05** | **0.00** |

Sheet  **9**  of  **17**  continuation sheets attached to                Subtotal
Schedule of Creditors Holding Secured Claims                (Total of this page)

| | |
|---|---|
| **37,549.19** | **0.00** |

In re  **Shoppes of Lakeside, Inc.** ,   Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | | |
| Account No. | | | | 753 Royal Palms Dr., Atlantic Beach, FL | | | | | |
| Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | | | | | | | |
| | | | | Value $         2,250,000.00 | | | | 29,169.07 | 0.00 |
| Account No. | | | | 751 Atlantic Blvd., Atlantic Beach, FL | | | | | |
| Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | | | | | | | |
| | | | | Value $         2,250,000.00 | | | | 30,748.79 | 0.00 |
| Account No. | | | | 0 Johnson St, Jacksonville, FL 32209 - vacant lot | | | | | |
| Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | | | | | | | |
| | | | | Value $         4,450.00 | | | | 490.95 | 0.00 |
| Account No. | | | | 1254 N. Main St., Jacksonville, FL 32206 | | | | | |
| Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | | | | | | | |
| | | | | Value $         87,090.00 | | | | 2,770.94 | 0.00 |
| Account No. | | | | 1242 N. Main St., Jacksonville, FL 32206 | | | | | |
| Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | | | | | | | |
| | | | | Value $         87,090.00 | | | | 1,393.40 | 0.00 |

Sheet __10__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
| --- | --- |
| 64,573.15 | 0.00 |

In re __Shoppes of Lakeside, Inc._____,  Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 1242 N. Main St., Jacksonville, FL - Parcel 2 | | | | | |
| Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | | | | | | | | |
| | | | | | Value $            87,090.00 | | | | 1,249.65 | 0.00 |
| Account No. | | | | | 30 West 5th St., Jacksonville, FL 32206 | | | | | |
| Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | | | | | | | | |
| | | | | | Value $          367,624.00 | | | | 7,784.18 | 0.00 |
| Account No. | | | | | 1452 N. Main St., Jacksonville, FL 32206 | | | | | |
| Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | | | | | | | | |
| | | | | | Value $            80,000.00 | | | | 2,192.57 | 0.00 |
| Account No. | | | | | 33 W. 4th St., Jacksonville, FL 32206 | | | | | |
| Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | | | | | | | | |
| | | | | | Value $            50,155.00 | | | | 1,003.67 | 0.00 |
| Account No. | | | | | 143 W. 5th St., Jacksonville, FL 32206 | | | | | |
| Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | | | | | | | | |
| | | | | | Value $            20,910.00 | | | | 429.76 | 0.00 |

Sheet __11__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 12,659.83 | 0.00 |
|---|---|

In re   **Shoppes of Lakeside, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1501 Silver St., Jacksonville, FL 32206 | | | | | |
| **Mike Hogan Tax Collector** **231 E. Forsyth St.** **Jacksonville, FL 32202** | | - | | | | | | |
| | | | Value $              33,600.00 | | | | 679.11 | 0.00 |
| Account No. | | | 0 N. Main St., Jacksonville, FL 32206 | | | | | |
| **Mike Hogan Tax Collector** **231 E. Forsyth St.** **Jacksonville, FL 32202** | | - | | | | | | |
| | | | Value $            114,340.00 | | | | 1,294.31 | 0.00 |
| Account No. | | | 329 W. 6th St., Jacksonville, FL | | | | | |
| **Mike Hogan Tax Collector** **231 E. Forsyth St.** **Jacksonville, FL 32202** | | - | | | | | | |
| | | | Value $            132,778.00 | | | | 13,828.57 | 0.00 |
| Account No. | | | 1933 Pearl Pl., Jacksonville, FL | | | | | |
| **Mike Hogan Tax Collector** **231 E. Forsyth St.** **Jacksonville, FL 32202** | | - | | | | | | |
| | | | Value $              18,216.00 | | | | 2,901.68 | 0.00 |
| Account No. | | | 1440 Ionia St., Jacksonville, FL | | | | | |
| **Mike Hogan Tax Collector** **231 E. Forsyth St.** **Jacksonville, FL 32202** | | - | | | | | | |
| | | | Value $              22,698.00 | | | | 457.19 | 0.00 |

Sheet __12__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 19,160.86 | 0.00 |
|---|---|

In re __Shoppes of Lakeside, Inc._____,     Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.  Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | 1446 Clark St., Jacksonville, FL <br><br> Value $ 14,040.00 | | | | 294.75 | 0.00 |
| Account No.  Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | 0 Clark St., Jacksonville, FL <br><br> Value $ 18,900.00 | | | | 2,716.68 | 0.00 |
| Account No.  Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | 1334 Clark St., Jacksonville, FL 32206 <br><br> Value $ 14,040.00 | | | | 294.75 | 0.00 |
| Account No.  Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | 515 E. Third St., Jacksonville, FL <br><br> Value $ 153,715.00 | | | | 15,950.89 | 0.00 |
| Account No.  Mike Hogan Tax Collector 231 E. Forsyth St. Jacksonville, FL 32202 | | - | 1227 N. Market St, Jacksonville, FL <br><br> Value $ 117,839.00 | | | | 11,329.08 | 0.00 |

Sheet __13__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   | 30,586.15 | 0.00 |

In re **Shoppes of Lakeside, Inc.** ,                Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | | | - | | **1246 Clark St., Jacksonville, FL**<br><br><br>Value $                93,807.00 | | | | 3,622.77 | 0.00 |
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | | | - | | **523 W. Union St., Jacksonville, FL**<br><br><br>Value $                23,040.00 | | | | 471.60 | 0.00 |
| Account No.<br><br>**Mike Hogan Tax Collector**<br>**231 E. Forsyth St.**<br>**Jacksonville, FL 32202** | | | - | | **0 W. Union St., Jacksonville, FL**<br><br><br>Value $                48,000.00 | | | | 962.11 | 0.00 |
| Account No.<br><br>**Ocean Side Bank**<br>**1315 S. Third St.**<br>**Jacksonville Beach, FL 32250** | | | - | | **first mortgage**<br>**520 N. Hogan St., Jacksonville, FL 32202**<br><br>Value $                829,802.00 | | | | 349,428.00 | 0.00 |
| Account No.<br><br>**Principe**<br>**3798 Hunt Club Road**<br>**Jacksonville, FL 32224** | X | | - | | **Second Mortgage**<br>**25 W.4th Street a/k/a 1141 Main St., Jacksonville, FL**<br><br>Value $                860,000.00 | | | | 627,491.00 | 0.00 |

Sheet __14__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          981,975.48          0.00

In re **Shoppes of Lakeside, Inc.** ,
Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | | First Mortgage | | | | | |
| **Putnam State Bank** **350 N. State Road 19** **Palatka, FL 32177** | X | - | | | 2440-2444 Mayport Road, Atlantic Beach, FL 32233 | | | | | |
| | | | | | Value $ 2,000,000.00 | | | | 1,600,000.00 | 0.00 |
| Account No. | | | | | First Mortgage | | | | | |
| **Royal Bank America** **1230 Walnut Stareet** **Philadelphia, PA 19107** | X | - | | | 400 N. Hogan Street, Jacksonville, FL 32202 | | | | | |
| | | | | | Value $ 1,400,000.00 | | | | 1,050,000.00 | 0.00 |
| Account No. | | | | | first mortgage | | | | | |
| **SRB Servicing, LLC** **249 Mack Bayou Loop** **#301** **Santa Rosa Beach, FL 32459** | | - | | | 119 E Forsyth St., Jacksonville, FL 32202 | | | | | |
| | | | | | Value $ 466,200.00 | | | | 438,538.00 | 0.00 |
| Account No. | | | | | 231 E. Adams St., Jacksonville, FL 32202 | | | | | |
| **SRB Servicing, LLC** **249 Mack Bayou Loop** **#301** **Santa Rosa Beach, FL 32459** | | - | | | | | | | | |
| | | | | | Value $ 432,700.00 | | | | 402,216.00 | 0.00 |
| Account No. | | | | | first mortgage | | | | | |
| **SRB Servicing, LLC** **249 Mack Bayou Loop** **#301** **Santa Rosa Beach, FL 32459** | | - | | | 211 E. Bay St., Jacksonville, FL 32202 | | | | | |
| | | | | | Value $ 400,000.00 | | | | 230,575.00 | 0.00 |

Sheet _15_ of _17_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 3,721,329.00 | 0.00

In re __Shoppes of Lakeside, Inc._____,  Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1452 N. Main St., Jacksonville, FL 32206 | | | | | |
| SRB Servicing, LLC 249 Mack Bayou Loop #301 Santa Rosa Beach, FL 32459 | | - | | | | | | |
| | | | Value $ 80,000.00 | | | | 44,522.00 | 0.00 |
| Account No. | | | 30 West 5th St., Jacksonville, FL 32206 | | | | | |
| SRB Servicing, LLC 249 Mack Bayou Loop #301 Santa Rosa Beach, FL 32459 | | - | | | | | | |
| | | | Value $ 367,624.00 | | | | 109,403.00 | 0.00 |
| Account No. | | | blanket lien with 231 E. Adams | | | | | |
| SRB Servicing, LLC 249 Mack Bayou Loop #301 Santa Rosa Beach, FL 32459 | | - | 0 E. Adams St., Jacksonville, FL 32202 | | | | | |
| | | | Value $ 86,499.00 | | | | 402,216.00 | 317,526.54 |
| Account No. | | | First Mortgage | | | | | |
| Thomas/Judith Baker 3739 Fallon Oaks Drive Jacksonville, FL 32277 | X | - | 1229 N. Main Street, Jacksonville, FL 322 | | | | | |
| | | | Value $ 1,100,000.00 | | | | 915,550.00 | 0.00 |
| Account No. | | | First Mortgage | | | | | |
| VyStar Credit Union P O Box 45085 Jacksonville, FL 32232-5085 | X | - | 1351 Silver Street, Jacksonville, FL | | | | | |
| | | | Value $ 400,000.00 | | | | 293,119.00 | 0.00 |

Sheet __16__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,764,810.00 | 317,526.54 |

In re **Shoppes of Lakeside, Inc.** ,  Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. | | | | | First Mortgage | | | | | |
| VyStar Credit Union P O Box 45085 Jacksonville, FL 32232-5085 | X | - | | | 1310 N Laura Street, Jacksonville, FL 32202 | | | | | |
| | | | | | Value $          500,000.00 | | | | 371,385.00 | 0.00 |
| Account No. | | | | | Second Mortgage | | | | | |
| Wright Family Partnership 541 Tenth Street, N.W. Atlanta, GA 30318 | X | - | | | 937 Main Street, Jacksonville, FL | | | | | |
| | | | | | Value $        1,250,000.00 | | | | 400,000.00 | 0.00 |
| Account No. | | | | | Second Mortgage | | | | | |
| Z-S Gen Partnership c/o Howard Dale, Esq. 200 W. Forsyth, Ste. 1100 Jacksonville, FL 32202 | X | - | | | 233 W Duval Street, Jacksonville, FL | | | | | |
| | | | | | Value $        5,500,000.00 | | | | 500,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __17__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   **1,271,385.00**   **0.00**

Total
(Report on Summary of Schedules)   **37,636,898.37**   **5,198,042.31**

.

In re    **Shoppes of Lakeside, Inc.**                          ,    Case No. _____

                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                       **1**     continuation sheets attached

In re  **Shoppes of Lakeside, Inc.**                          ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | sales tax | | | | | | |
| **Florida Department of Rev.** **P.O. Box 6668** **Tallahassee, FL 32314** | - | | | | | | 4,084.00 | 0.00 | 4,084.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | 4,084.00 | 4,084.00 |
|---|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 0.00 | 4,084.00 | 4,084.00 |

In re    **Shoppes of Lakeside, Inc.**                          ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A Comfortable Environment** <br> **250 Winter Springs Way** <br> **Jacksonville, FL 32225** | | - | | | | | | 14,850.00 |
| Account No. <br><br> **ADT Security** <br> **P O Box 371490** <br> **Pittsburgh, PA 15250-7490** | | - | | open account | | | | 518.57 |
| Account No. <br><br> **Atlantic Companies** <br> **1714 Cesery Blvd** <br> **32211** | | - | | open account | | | | 42.80 |
| Account No. <br><br> **Broom Moody et al** <br> **10550 Deerwood Park Blvd.** <br> **#609** <br> **Jacksonville, FL 32256** | | - | | appraisal fee | | | | 1,000.00 |

   __4__   continuation sheets attached

|  |  |
|---|---|
| Subtotal <br> (Total of this page) | 16,411.37 |

In re **Shoppes of Lakeside, Inc.** ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bug Out Service** <br> P O Box 600730 <br> Jacksonville, FL 32260-0730 | - | | | | | | 1,284.00 |
| Account No. <br><br> **Clean Sweeps Janitorial** <br> 4658 Trevor Creek Dr. S. <br> Jacksonville, FL 32257 | - | | | | | | 362.00 |
| Account No. <br><br> **Environeering, Inc.** <br> 100 Azalea Point Drive <br> Ponte Vedra Beach, FL 32082 | - | | | | | | 190.00 |
| Account No. <br><br> **Gess Elevator Inc.** <br> P O Box 550807 <br> Tampa, FL 33655-0807 | - | | | | | | 4,361.00 |
| Account No. <br><br> **Jani-King** <br> 4417 Beach Blvd. <br> Jacksonville, FL 32207 | - | | | | | | 749.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **6,946.00**

In re   **Shoppes of Lakeside, Inc.**                              ,     Case No. _____

                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Keep Jax Green 2771-29 Monument Road Jacksonville, FL 32225 | - | | | | | | 1,330.00 |
| Account No. | | | | | | | |
| Knight Electric 910 - 11th Ave. S. Jacksonville Beach, FL 32250 | - | | | | | | 275.00 |
| Account No. | | | | | | | |
| Light Bulb Depot P O Box 2363 Sarasota, FL 34230-2363 | - | | | | | | 548.00 |
| Account No. | | | | | | | |
| Metro Rooter 8892 Normandy Blvd. Jacksonville, FL 32221 | - | | | | | | 334.72 |
| Account No. | | | | | | | |
| Nadar's Pest Raiders P O Box 3399 Ponte Vedra Beach, FL 32004-3399 | - | | | | | | 32.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **2,519.72**

In re  **Shoppes of Lakeside, Inc.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Performance Bug-Out** | - | | | | | | 1,284.00 |
| Account No. <br><br> **Performance Roofing** <br> **2235 Mercator Drive** <br> **Orlando, FL 32807** | - | | | | | | 55,000.00 |
| Account No. <br><br> **Premier Water & Energy** <br> **11481 Columbia Park Dr. W** <br> **Jacksonville, FL 32258-2478** | - | | | | | | 1,699.16 |
| Account No. <br><br> **Shapells** <br> **8565 Stocks Road** <br> **Jacksonville, FL 32220** | - | | open account | | | | 946.19 |
| Account No. <br><br> **Shapells** <br> **8565 Stocks Road** <br> **Jacksonville, FL 32220** | - | | | | | | 461.55 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **59,390.90**

In re   **Shoppes of Lakeside, Inc.**                                                    ,      Case No. _____
_____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | open account | | | | |
| **Simply Green** P.O. Box 330371 Atlantic Beach, FL 32233 | - | | | | | | 285.00 |
| Account No. | | | | | | | |
| **Smith & Sons Tree & Lawn** 2995 Mayport Road Atlantic Beach, FL 32233 | - | | | | | | 2,500.00 |
| Account No. | | | open account | | | | |
| **Styles Smith Plumbing** P O Box 330130 Atlantic Beach, FL 32233-0130 | - | | | | | | 4,335.00 |
| Account No. | | | | | | | |
| **Triple S Fire Protection** 7029 Commonwealth Ave. Suite 14 Jacksonville, FL 32220-2859 | - | | | | | | 231.00 |
| Account No. | | | | | | | |
| **Zona & Associates** 107 E Bay Street Jacksonville Beach, FL 32250 | - | | | | | | 14,500.00 |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **21,851.00**

Total
(Report on Summary of Schedules)        **107,118.99**

.

In re    __Shoppes of Lakeside, Inc.__ _____ ,    Case No. _____

                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **various tenants** | **See attached list** |

__0__
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

| 073774-0000 | **HI-CAM** COMMERCIAL | SQ. | BASE | CAM | SALES |
|---|---|---|---|---|---|
| | | FT | RENT | | TAX |
| 073793-0000 | 300 W. ADAMS ST, LLC | 45,952 | | | |
| | EVER BANK BUILDING | | | | |
| | EVERBANK | 6,214 | $ 7,619.53 | | $ 533.37 |
| | SIDNEY E. LEWIS, P.A. | 4,011 | $ 5,882.00 | $ - | $ 411.74 |
| | RONALD BERGWERK | 1,629 | $ 1,633.50 | $ 33.33 | $ 116.68 |
| | NEIGHBORHOOD UTILITIES | 426 | $ 602.18 | | $ 42.15 |
| | SHARON SIMMONS, ATTY | 540 | $ 796.88 | $ - | $ 55.78 |
| | HOWARD PUBLICATIONS | 2,352 | $ 3,419.00 | | $ 239.33 |
| | INTEGRATED CONSTRUCTION, LLC | 2,660 | $ 2,963.74 | | $ 207.46 |
| | JOHNSON LAW FIRM | 1,530 | $ 1,885.00 | | $ 131.95 |
| | ERIC CAMPBELL | 1,200 | $ 1,500.00 | | $ 105.00 |
| | | | | | |
| | | | | | |

| AMOUNT DUE | DATE DUE | DATE RECV'D | AMOUNT RECV'D | LATE FEE | LEASE TERM |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| $ 8,152.90 | 1ST | | | $ 8,914.85 | 3/96-12/1: |
| $ 6,293.74 | 1ST | | | $ 6,587.84 | 4/09-3/10 |
| $ 1,783.51 | 1ST | | | $ 1,831.85 | 9/96-8/11 |
| $ 644.33 | 1ST | | | $ 674.44 | mo/mo |
| $ 852.66 | 1ST | | | $ 892.51 | 7/04-6/10 |
| $ 3,658.33 | 1ST | | | $ 3,829.28 | 4/02-3/12 |
| $ 3,171.20 | 1ST | | | $ 3,030.00 | mo/mo |
| $ 2,016.95 | 1ST | | | $ 2,205.45 | 12/08-11/: |
| $ 1,605.00 | | | | $ 1,755.00 | 9/09-8/10 |
| | | | | | |
| $ 26,573.62 | | | $ - | | |

| LEASE | MGMNT |
| --- | --- |
| OPTIONS | FEE |
| | |
| | |
| 7/10 $6,510.95, 7/11 $6771.39, 7/12 $7,042.24, 7/13 $7,323.93 | $  - |
| | $  - |
| no increase | $  - |
| lease ended 5/31/08 | $  - |
| lease ends 6/30/10 | $  - |
| 4/10 $2,891.00 - increases in 2 year increments | $  - |
| lease ends this month | $  - |
| 12/10 $1,912.50 | $  - |
| SENT 3 DAY | |
| | |
| | $  - |

| **HI-CAM** COMMERCIAL | | | | | | |
|---|---|---|---|---|---|---|
| THE SILVER PEARL, LLC | APT # | | | | BASE | | DATE |
| SILVER PEARL APTS | | | | | RENT | | RECV'D |
| | 144-1 | | | | $ 600.00 | | |
| | 144-2 | | | | $ 700.00 | | |
| | 144-3 | | | | $ 600.00 | | |
| | 144-4 | | | | $ 600.00 | | |
| GOLIATH FLORES | 1310-1 | | | | $ 600.00 | | |
| | 1310-2 | | | | $ 600.00 | | |
| | 1310-3 | | | | $ 700.00 | | |
| Sheron Brown | 1310-4 | | | | $ 600.00 | | |
| FIDENCIO & ALLANDRIA LEON | 1310 | | | | $ 450.00 | | |
| DAVID SNYDER | 1351-1 | | | | $ 600.00 | | |
| | 1351-2 | | | | $ 550.00 | | |
| PHILLIP SCHOMBURG | 1351-3 | | | | $ 600.00 | | |
| | 1351-4 | | | | $ 640.00 | | |

| AMOUNT RECEIVED | | Lease Term | Lease Options | MGMNT FEE | |
|---|---|---|---|---|---|
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |

| SHOPPES OF LAKESIDE, INC. | SQ. FT | BASE RENT | CAM | SALES TAX | AMOUNT DUE |
|---|---|---|---|---|---|
| CHRIS WAR/FREEDOM IND. BAPTIST CHURCH | 900 | $ 708.75 | $ 225.00 | `0` | $ 933.75 |
| INTERNATIONAL BIO RESOURCES, LLC | 9,180 | $ 10,243.34 | $ 2,295.00 | $ 877.68 | $ 13,416.02 |
| LITTLE EXPLORERS PRE-SCHOOL, INC. | 7,250 | $ 6,822.08 | $ 1,691.67 | $ 595.96 | $ 9,109.71 |
| TIDEWATER STAFFING | 900 | $ 862.50 | $ 210.00 | $ 75.08 | $ 1,147.58 |
| WIC | 1,800 | $ 2,565.00 | | `0` | $ 2,565.00 |
| AVAILABLE | | | | $ - | $ - |
| AVAILABLE | | | | $ - | $ - |
| | | | | $ - | |
| | | | | | $ 26,238.31 |

| | DATE RECV'D | AMOUNT RECV'D | LATE FEE | LEASE TERM | LEASE OPTIONS | |
|---|---|---|---|---|---|---|
| 1st | | | $ 1,027.13 | 3/06-2/08 | | $ - |
| 15th | | | $ 13,716.02 | 9/07-10/12 | 10/15/09 $10,550.65 | $ - |
| 1st | | | $ 9,359.71 | 2/04-5/08 | belly buttons sub-lease | $ - |
| 1st | | | $ 1,197.58 | 10/96-9/11 | 9/1/09 $900.00 | $ - |
| 1st | | | `0` | 7/99-2/10 | no inc. lse ends 9/30/10 | $ - |
| | | | | | | |
| | | | | | | |

| SHOPPES OF LAKESIDE, INC. | SQ. | BASE | CAM | SALES | AMOUNT | | DATE | AMOUNT | LATE | LEASE | LEASE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FT | RENT | | TAX | DUE | | RECV'D | RECV'D | FEE | TERM | OPTIONS | |
| | | | | | | | | | | | | |
| CHRIS WAR/FREEDOM IND. BAPTIST CHURC | 900 | $ 708.75 | $ 225.00 | `0` | $ 933.75 | 1st | | | $ 1,027.13 | mo/mo | | $ - |
| TELECRIS | 9,180 | $ 10,550.65 | $ 2,295.00 | $ 899.20 | $ 13,744.85 | 15th | | | $ 14,044.85 | 9/07-10/12 | 10/15/10 $10,867.17, 10/15/11 $11/193. | $ - |
| BELLYBUTTONS RESALE SHOP | 7,250 | $ 5,000.00 | | $ 350.00 | $ 5,350.00 | 1st | | | $ 5,885.00 | 9/09-8/12 | | $ - |
| TIDEWATER STAFFING | 900 | $ 900.00 | $ 210.00 | $ 77.70 | $ 1,187.70 | 1st | | | $ 1,237.70 | 10/96-9/11 | 9/10 $937.50, 9/11 $975.00 | $ - |
| WIC | 1,800 | $ 2,565.00 | | `0` | $ 2,565.00 | 1st | | | `0` | 7/99-2/10 | no inc. lse ends 2/28/10 | $ - |
| | | | | | $ 22,847.55 | | | $ - | | | | $ - |

| **HI-CAM** COMMERCIAL | SQ. | BASE | CAM | SALES | AMOUNT | DATE | DATE | AMOUNT | LATE | LEASE | LEASE | MGMNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FT | RENT | | TAX | DUE | DUE | RECV'D | RECV'D | FEE | TERM | OPTIONS | FEE |
| 300 W. ADAMS ST, LLC | 45,952 | | | | | | | | | | | |
| EVER BANK BUILDING | | | | | | | | | | | | |
| EVERBANK | 6,214 | $ 7,619.53 | | $ 533.37 | $ 8,152.90 | 1ST | | | $ 8,914.85 | 3/96-12/13 | 7/10 $6,510.95, 7/11 $6771.39, 7, | $ - |
| SIDNEY E. LEWIS, P.A. | 4,011 | $ 5,882.00 | $ - | $ 411.74 | $ 6,293.74 | 1ST | | | $ 6,587.84 | 4/09-3/10 | | $ - |
| RONALD BERGWERK | 1,629 | $ 1,633.50 | $ 33.33 | $ 116.68 | $ 1,783.51 | 1ST | | | $ 1,831.85 | 9/96-8/11 | no increase | $ - |
| NEIGHBORHOOD UTILITIES | 426 | $ 602.18 | | $ 42.15 | $ 644.33 | 1ST | | | $ 674.44 | mo/mo | lease ended 5/31/08 | $ - |
| SHARON SIMMONS, ATTY | 540 | $ 796.88 | $ - | $ 55.78 | $ 852.66 | 1ST | | | $ 892.51 | 7/04-6/10 | lease ends 6/30/10 | $ - |
| HOWARD PUBLICATIONS | 2,352 | $ 3,566.00 | | $ 249.62 | $ 3,815.62 | 1ST | | | $ 3,993.92 | 4/02-3/12 | increases in 2 year increments | $ - |
| INTEGRATED CONSTRUCTION, LLC | 2,660 | $ 2,963.74 | | $ 207.46 | $ 3,171.20 | 1ST | | | $ 3,030.00 | mo/mo | | $ - |
| JOHNSON LAW FIRM | 1,530 | $ 1,948.75 | | $ 136.41 | $ 2,085.16 | 1ST | | | $ 2,280.04 | 12/08-11/11 | 12/10 $1,912.50 | $ - |
| | | | | | $ 26,799.12 | | | $ - | | | | $ - |

| **HI-CAM** COMMERCIAL | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THE SILVER PEARL, LLC | APT # | | | | BASE | | DATE | AMOUNT | | Lease | Lease | MGMNT |
| SILVER PEARL APTS | | | | | RENT | | RECV'D | RECEIVED | | Term | Options | FEE |
| | 144-1 | | | | $ 600.00 | | | | | | | |
| | 144-2 | | | | $ 700.00 | | | | | | | $ - |
| | 144-3 | | | | $ 600.00 | | | | | | | $ - |
| Lyntrelle Brantley & Tyesha Wright | 144-4 | | | | $ 575.00 | | | | | | | $ - |
| GOLIATH FLORES | 1310-1 | | | | $ 600.00 | | | | | | | $ - |
| | 1310-2 | | | | $ 600.00 | | | | | | | $ - |
| | 1310-3 | | | | $ 700.00 | | | | | | | $ - |
| Sheron Brown | 1310-4 | | | | $ 600.00 | | | | | | | $ - |
| FIDENCIO & ALLANDRIA LEON | 1310 | | | | $ 450.00 | | | | | | | $ - |
| DAVID SNYDER | 1351-1 | | | | $ 600.00 | | | | | | | $ - |
| | 1351-2 | | | | $ 550.00 | | | | | | | $ - |
| PHILLIP SCHOMBURG | 1351-3 | | | | $ 600.00 | | | | | | | $ - |
| | 1351-4 | | | | $ 640.00 | | | | | | | $ - |

In re    **Shoppes of Lakeside, Inc.**                    ,     Case No. _____

                                           Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Ameris Bank/Special Assets**<br>**8705 Perimeter Park Blvd**<br>**Suite 4**<br>**Jacksonville, FL 32216** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Bisbee-Baldwin Corporation**<br>**341 W Forsyth Street**<br>**Jacksonville, FL 32202** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Bisbee-Baldwin Corporation**<br>**341 W Forsyth Street**<br>**Jacksonville, FL 32202** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Domin, Inc.**<br>**c/o Calvin Hayden, Esq.**<br>**6282 Dupont StationCourt  E**<br>**Suite3**<br>**Jacksonville, FL 32217** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **First Guartanty Bank**<br>**1234 King Street**<br>**Jacksonville, FL 32204** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Iberia Bank**<br>**c/o Rogers, Towers**<br>**301 Riverplace Blvd Ste.1100**<br>**Jacksonville, FL 32202-4308** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Iberia Bank**<br>**c/o Rogers, Towers**<br>**301 Riverplace Blvd Ste.1100**<br>**Jacksonville, FL 32202-4308** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Jacksonville Bank**<br>**100 N Laura St, #1000**<br>**Jacksonville, FL 32202** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Jacksonville Bank**<br>**100 N Laura Street**<br>**Suite 1000**<br>**Jacksonville, FL 32202** |

1
____ continuation sheets attached to Schedule of Codebtors

In re    **Shoppes of Lakeside, Inc.**                          Case No. _____

_____
                                Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Principe**<br>**3798 Hunt Club Road**<br>**Jacksonville, FL 32224** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Putnam State Bank**<br>**350 N. State Road 19**<br>**Palatka, FL 32177** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Royal Bank America**<br>**1230 Walnut Stareet**<br>**Philadelphia, PA 19107** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Thomas/Judith Baker**<br>**3739 Fallon Oaks Drive**<br>**Jacksonville, FL 32277** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **VyStar Credit Union**<br>**P O Box 45085**<br>**Jacksonville, FL 32232-5085** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **VyStar Credit Union**<br>**P O Box 45085**<br>**Jacksonville, FL 32232-5085** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Wright Family Partnership**<br>**541 Tenth Street, N.W.**<br>**Atlanta, GA 30318** |
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **Z-S Gen Partnership**<br>**c/o Howard Dale, Esq.**<br>**200 W. Forsyth, Ste. 1100**<br>**Jacksonville, FL 32202** |

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida

In re    **Shoppes of Lakeside, Inc.**            Case No. _____

                           Debtor(s)        Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**47**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 3, 2010** _____        Signature    **/s/ Chris Hionides** _____

                                                           **Chris Hionides**
                                                           **President**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Shoppes of Lakeside, Inc.**                                     Case No. _____
                                             Debtor(s)          Chapter     **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$731,649.00** | **2008 gross rents for combined entities** |
| **$629,436.00** | **2009 gross rents for combined entities** |
| **$155,389.00** | **2010 business income YTD for 1st quarter (latest available)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

             AMOUNT                  SOURCE

**3. Payments to creditors**

None
■     *Complete a. or b., as appropriate, and c.*

    a.    *Individual or joint debtor(s) with primarily consumer debts.*   List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐     b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **mortgage and insurance payments only 90 day check register provided to US Trustee** | | **$0.00** | **$0.00** |

None
■     c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None
☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Iberia Bank v. 233 W. Duval St. LLC; 16-2009-CA-15399** | **foreclosure** | **Circuit Duval** | **Pending** |

None
■     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Mickler & Mickler** **5452 Arlington Expressway** **Jacksonville, FL 32211** | **5/2010** | **$1039.00 court costs plus** **$33,961.00 retainer** |

### 10.  Other transfers

None ■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None ■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| 1100 Main Street LLC | 20-5428070 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | | |
| 1229 Main Street LLC | 20-4469539 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | | |
| 1424 Main Street LLC | 20-4213901 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | | |
| 300 West Adams LLC | 20-4855942 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | | |
| 331 Forsyth St LLC | 20-5072461 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | | |
| 341 W Forsyth LLC | 20-5428050 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | | |
| 937 Main St LLC | 20-4956060 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | | |
| Our Brooklyn Properties LLC | 20-4120026 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | | |
| The Silver Pearl LLC | 20-5628457 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | | |
| 400 N Hogan Street LLC | 20-4775354 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | | |
| 3952 Mayport Road LLC | 20-5248202 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | | |
| 233 West Duval LLC | 20-5135060 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | | |
| 119 Forsyth, Inc. | 56-2461151 | P.O. Box 330108 Atlantic Beach, FL 32233 | property management | 2004-2010 |
| Kore Properties, Inc. | 81-0644204 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | property management | 2004 - 2010 |
| Protokore, Inc. | 59-3344777 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | property management | 1996 - 2010 |
| Our Historic Properties, Inc. | 56-2450679 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | proeprty management | 2004- 2010 |
| Our Main Street Properties, Inc. | 56-2461152 | 2275 Atlantic Blvd. #200 Neptune Beach, FL 32266 | property management | 2004 - 2010 |
| OUR Properties, Inc. | 59-3589625 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | property management | 1999 - 2010 |
| Savannah Historic Properties, Inc. | 59-3260659 | 2275 Atlantic Blvd. Neptune Beach, FL 32266 | property management | 1994 - 2010 |
| Springfield Acquisitions, Inc. | 59-3679873 | P.O. Box 330108 Atlantic Beach, FL 32233 | property management | 2000 - 2010 |

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS

**Sidlow Metelits, et al.**
**8420 W. Chester Pike Ste C**
**Upper Darby, PA 19082**

DATES SERVICES RENDERED
**taxes for all previous entities for the last**
**several years**

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                   ADDRESS

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                       DATE ISSUED

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR

DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS               NATURE OF INTEREST               PERCENTAGE OF INTEREST

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **President** | **50%** |
| **Nadia Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **shareholder** | **50%** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Eric Campbell** | **former shareholder** | **was terminated from all LLC ownership as a result of non-payment of managment fees. Filed Chapter 7 in Macon, GA in 2008** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **June 3, 2010**                         Signature    **/s/ Chris Hionides**

                                                        **Chris Hionides**
                                                        **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Shoppes of Lakeside, Inc.**

                                 Debtor

Case No. _____

Chapter _____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chris Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **common** | **2500** | **owner** |
| **Nadia Hionides**<br>**2275 Atlantic Blvd**<br>**Neptune Beach, FL 32266** | **common** | **2500** | **owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**June 3, 2010**_____

Signature **/s/ Chris Hionides**_____
                  **Chris Hionides**
                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

In re    **Shoppes of Lakeside, Inc.**                 Case No. _____
                              Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 3, 2010**                      **/s/ Chris Hionides**
                                          **Chris Hionides**/**President**
                                          Signer/Title

Shoppes of Lakeside, Inc.
2275 Atlantic Blvd.
Neptune Beach, FL 32266

Broom Moody et al
10550 Deerwood Park Blvd.
#609
Jacksonville, FL 32256

Frank and Julia Chadwick
3229 Hidden Lake Dr. E
Jacksonville, FL 32216

Bryan K. Mickler FBN
Law Offices of Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211

Bug Out Service
P O Box 600730
Jacksonville, FL 32260-0730

Gess Elevator Inc.
P O Box 550807
Tampa, FL 33655-0807

A Comfortable Environment
250 Winter Springs Way
Jacksonville, FL 32225

Capital City Bank
P.O. Box 900
Tallahassee, FL 32302

Hancock Bank
3475 Kernan Blvd. South
Jacksonville, FL 32224

ADT Security
P O Box 371490
Pittsburgh, PA 15250-7490

Chris Hionides
2275 Atlantic Blvd
Neptune Beach, FL 32266

Heritage Bank
100 Corridor Road S.
Ponte Vedra Beach, FL 32082

ADT Security
c/o SKO-Brenner-American
P O Box 9320
Baldwin, NY 11510

Clean Sweeps Janitorial
4658 Trevor Creek Dr. S.
Jacksonville, FL 32257

Hugh Eason/Robert Patterson
85119 Shinnecock Hills Dr.
Fernandina Beach, FL 32034

Ameris Bank
P.O. Box 3668
Moultrie, GA 31776

Domin, Inc.
c/o Calvin Hayden, Esq.
6282 Dupont StationCourt  E
Suite3
Jacksonville, FL 32217

Iberia Bank
c/o Rogers, Towers
301 Riverplace Blvd Ste.1100
Jacksonville, FL 32202-4308

Ameris Bank/Special Assets
8705 Perimeter Park Blvd
Suite 4
Jacksonville, FL 32216

Environeering, Inc.
100 Azalea Point Drive
Ponte Vedra Beach, FL 32082

Jacksonville Bank
100 N Laura St, #1000
Jacksonville, FL 32202

Atlantic Companies
1714 Cesery Blvd
32211

First Guartanty Bank
1234 King Street
Jacksonville, FL 32204

Jacksonville Bank
100 N Laura Street
Suite 1000
Jacksonville, FL 32202

Bisbee-Baldwin Corporation
341 W Forsyth Street
Jacksonville, FL 32202

Florida Department of Rev.
P.O. Box 6668
Tallahassee, FL 32314

Jani-King
4417 Beach Blvd.
Jacksonville, FL 32207

Keep Jax Green
2771-29 Monument Road
Jacksonville, FL 32225

Knight Electric
910 - 11th Ave. S.
Jacksonville Beach, FL 32250

Light Bulb Depot
P O Box 2363
Sarasota, FL 34230-2363

Metro Rooter
8892 Normandy Blvd.
Jacksonville, FL 32221

Mike Hogan Tax Collector
231 E. Forsyth St.
Jacksonville, FL 32202

Nadar's Pest Raiders
P O Box 3399
Ponte Vedra Beach, FL 32004-3399

Ocean Side Bank
1315 S. Third St.
Jacksonville Beach, FL 32250

Performance Bug-Out

Performance Roofing
2235 Mercator Drive
Orlando, FL 32807

Premier Water & Energy
11481 Columbia Park Dr. W
Jacksonville, FL 32258-2478

Principe
3798 Hunt Club Road
Jacksonville, FL 32224

Putnam State Bank
350 N. State Road 19
Palatka, FL 32177

Royal Bank America
1230 Walnut Stareet
Philadelphia, PA 19107

Shapells
8565 Stocks Road
Jacksonville, FL 32220

Simply Green
P.O. Box 330371
Atlantic Beach, FL 32233

Smith & Sons Tree & Lawn
2995 Mayport Road
Atlantic Beach, FL 32233

SRB Servicing, LLC
249 Mack Bayou Loop
#301
Santa Rosa Beach, FL 32459

Styles Smith Plumbing
P O Box 330130
Atlantic Beach, FL 32233-0130

Thomas/Judith Baker
3739 Fallon Oaks Drive
Jacksonville, FL 32277

Triple S Fire Protection
7029 Commonwealth Ave.
Suite 14
Jacksonville, FL 32220-2859

various tenants

VyStar Credit Union
P O Box 45085
Jacksonville, FL 32232-5085

Wright Family Partnership
541 Tenth Street, N.W.
Atlanta, GA 30318

Z-S Gen Partnership
c/o Howard Dale, Esq.
200 W. Forsyth, Ste. 1100
Jacksonville, FL 32202

Zona & Associates
107 E Bay Street
Jacksonville Beach, FL 32250

# United States Bankruptcy Court
## Middle District of Florida

In re    **Shoppes of Lakeside, Inc.**                                  Case No.

                                        Debtor(s)             Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 80,000.00 |
| Prior to the filing of this statement I have received | $ | 33,961.00 |
| Balance Due | $ | 46,039.00 |

2.    $   **1,039.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 3, 2010**

                                          **/s/ Bryan K. Mickler FBN**
                                          **Bryan K. Mickler FBN 091790**
                                          **Law Offices of Mickler & Mickler**
                                          **5452 Arlington Expressway**
                                          **Jacksonville, FL 32211**
                                          **904.725.0822  Fax: 904.725.0855**
                                          **court@planlaw.com**

# United States Bankruptcy Court
## Middle District of Florida

In re  **Shoppes of Lakeside, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Shoppes of Lakeside, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 3, 2010

Date

**/s/ Bryan K. Mickler FBN**

**Bryan K. Mickler FBN 091790**

Signature of Attorney or Litigant

Counsel for  **Shoppes of Lakeside, Inc.**

**Law Offices of Mickler & Mickler**

**5452 Arlington Expressway**
**Jacksonville, FL 32211**
**904.725.0822 Fax:904.725.0855**
**court@planlaw.com**